IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY L. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 03-719-GPM |
| ) | |
| CHARLES RUBRIGHT, JERI BYERLEY, and ) | |
| LARRY BROEKING, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on a motion for summary judgment filed by Defendant Rubright (Doc. 14).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's September 1, 2006 Memorandum and Order, Magistrate Judge Wilkerson's Report and Recommendation (Doc. 21) is **ADOPTED**, and all claims against Defendant Rubright are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims against Defendants Byerley and Broeking are **DISMISSED on the merits** pursuant to Order filed on June 13, 2005 (Doc. 4).

**IT IS FURTHER ORDERED AND ADJUDGED** that this entire action is **DISMISSED with prejudice**, all claims having been resolved on the merits.  The parties shall bear their own costs.

**DATED**: 9/1/2006

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
           G. PATRICK MURPHY
           CHIEF U.S. DISTRICT JUDGE